IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| GREGORY W. BREEDEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1044-CV-W-DW |
| | ) | |
| MISSOURI SUPREME COURT | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Before the Court is Plaintiff's Petition for a Writ of Mandamus Enforcing Petitioner's Rights Created by Law and Rules of Court (Doc. 1).

Plaintiff names as Defendant the Missouri Supreme Court and moves this Court to issue a writ of mandamus to direct the Missouri Supreme Court to issue a writ of mandamus to direct a Platte County judge and a Cole County judge to expunge certain proceedings that occurred in those courts.

"Federal courts have no general power to compel action by state officers, including state judicial officials." Robinson v. State of Illinois, 752 F.Supp. 248, 258-49 (N.D. Ill. 1990) (citations omitted); Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988) (citations omitted). Because this Court lacks jurisdiction to grant the relief sought, the Plaintiff's petition is denied.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: November 22, 2005